IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| S S, | § | |
| | § | |
| *Plaintiff,* | § | SA-24-CV-01055-JKP |
| | § | |
| vs. | § | |
| | § | |
| SCOTT ASH JAMES ZIRUS,  CAMP | § | |
| STEWART FOR BOYS INC., | § | |
| AMERICAN INSTITUTE FOR FOREIGN | § | |
| STUDY, INC., | § | |
| | § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Motion for Protection [#45], by which Plaintiff S.S. asks the Court to enter a protective order to limit the disclosure of identifying information, medical and mental health documents, and other sensitive information contained in Plaintiff's initial disclosures to Defendant Zirus.  Defendant Zirus is currently serving a sentence after being convicted of sexually abusing boys who attended Camp Stewart. No party has filed a response in opposition to the motion within the time to do so under the Court's Local Rules.  *See* W.D. Tex. Loc. R. CV-7(d).  Accordingly, the Court will construe the motion as unopposed and grant the motion in part.  *See id.*

Rule 26 only imposes the duty to disclose certain categories of documents, not production of those documents.  *See* Fed. R. Civ. P. 26(a)(1)(A)(ii).  As to the requirement that Plaintiff disclose the name and contact information of potential witnesses, *see* Fed. R. Civ. P. 26(a)(1)(A)(i), the Court will grant the requested protective order such that Plaintiff is not required to disclose the names and contact information of the other individual campers who were

1

in a cabin with Plaintiff and who could also have been victimized by Zirus.  At this point in the litigation, it is enough that he has disclosed that category of witnesses—other campers in Plaintiff's cabin. At this time, Plaintiff has not directed the Court to any specific discovery requests from Zirus that would require the production of the identified documents.  Plaintiff may raise any objections to future requests for production served by Zirus at a later date as needed for the Court's consideration.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Protection [#45] is **GRANTED IN PART** as follows:  Plaintiff is excused from the Rule 26 obligation to provide Defendant Zirus with the contact information for the witnesses identified in this Order until the Court orders otherwise.

SIGNED this 12th day of June, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

2