**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**S S,**

***Plaintiff*,**

**v.** **Case No. 5:24-CV-01055-JKP**

**SCOTT ASH JAMES ZIRUS, CAMP STEWART FOR BOYS INC., AMERICAN INSTITUTE FOR FOREIGN STUDY, INC.,**

***Defendants*.**

**ORDER**

Before the Court is the status of this matter. All Scheduling Order deadlines have now passed, leaving only trial disposition. *See ECF No. 33*.

Accordingly, the parties are **ORDERED** to confer and file a Joint Advisory advising the Court of **three agreed potential trial dates** in April, May, or June 2027 **no later than Friday, October 30, 2026, at 5:00 PM**. The advisory **shall include the estimated number of days needed for trial**. The Court will provide the parties the requested dates if available. If the parties do not file a Joint Advisory, or the requested dates are not available on the Court's trial schedule, the Court will assign a trial date and enter a Trial Scheduling Order.

**If the parties wish, they may call the Court's Courtroom Deputy, Magda Muzza, at 210-244-5021, for information regarding open trial dates**.

It is so ORDERED.
SIGNED this 19th day of October, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE