IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| S S, | § | |
| | § | |
| *Plaintiff,* | § | SA-24-CV-01055-JKP |
| | § | |
| vs. | § | |
| | § | |
| SCOTT ASH JAMES ZIRUS, CAMP STEWART FOR BOYS INC., AMERICAN INSTITUTE FOR FOREIGN STUDY, INC., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER FOR ADVISORY**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings. The record reflects that all deadlines in the governing Scheduling Order have expired, and the District Judge has ordered the parties to file a joint advisory regarding possible trial dates in April, May, or June 2027 [#57]. It does not, however, appear that the parties have satisfied their mediation obligation. Mediation was to be completed by September 18, 2026, pursuant to the governing Scheduling Order. The parties are reminded that mediation must be completed no later than 60 days before the trial setting if they have not completed mediation at this time. *See* W.D. Tex. Loc. R. CV-88(a). Accordingly, the parties (other than Defendant Zirus, who cannot participate in a mediation) are to file an advisory indicating whether they have engaged in mediation and, if not, whether they are requesting an extension of this deadline or to be excused from mediation.

**IT IS THEREFORE ORDERED** that the parties file an advisory described above on or before **October 30, 2026**.

**IT IS SO ORDERED.**

SIGNED this 21st day of October, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE