IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| S. S., | § | |
| *Plaintiff,* | § | SA-24-CV-01055-JKP |
| vs. | § | |
| SCOTT ASH JAMES ZIRUS, CAMP STEWART FOR BOYS INC., AMERICAN INSTITUTE FOR FOREIGN STUDY, INC., | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings pursuant to Western District of Texas Local Rule CV-72 and Appendix C. On October 22, 2026, the Court received Plaintiff S.S. and Defendant American Institute for Foreign Study, Inc., d/b/a Camp America's Joint Advisory to the Court [#59], informing the Court that they have resolved their dispute. Plaintiff's claims against Defendants Scott Zirus and Camp Stewart for Boys, Inc., remain pending. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff and American Institute for Foreign Study file their dismissal papers on or before **November 23, 2026**.

**IT IS FURTHER ORDERED** that all current deadlines and settings as to Plaintiff's

claims against Defendant American Institute for Foreign Study are **VACATED** in light of the settlement.

SIGNED this 27th day of October, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE