**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**S S,**

***Plaintiff,***

**v.** **Case No. SA-24-CV-01055-JKP**

**SCOTT ASH JAMES ZIRUS, CAMP STEWART FOR BOYS INC., AMERICAN INSTITUTE FOR FOREIGN STUDY, INC.,**

***Defendants.***

**O R D E R**

Before the Court is Plaintiff S.S. and Defendant American Institute for Foreign Study, Inc. d/b/a Camp America's Joint Partial Motion to Dismiss, (*ECF No. 60*). Because these parties request the Court to dismiss all claims with prejudice and states all matters and disputes between these parties have been resolved, the Court construes the filing as being brought pursuant to Federal Rule of Civil Procedure 41(a)(2).

Accordingly, the Court **GRANTS** the Joint Partial Motion to Dismiss with Prejudice, (*ECF No. 60*), as to Camp America, only. Plaintiff is permitted to continue to pursue his claims against the remaining Defendants Scott Zirus and Camp Stewart for Boys, Inc.

All taxable costs incurred by Plaintiff S.S. and Defendant American Institute for Foreign Study, Inc., d/b/a Camp America in their prosecution of claims and defenses against one another, are taxed against the party incurring same.

It is so ORDERED.
SIGNED this 28th day of October, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE