**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**S S,**

***Plaintiff,***

**v.** **Case No. SA-24-CV-01055-JKP**

**SCOTT ASH JAMES ZIRUS, CAMP STEWART FOR BOYS INC., AMERICAN INSTITUTE FOR FOREIGN STUDY, INC.,**

***Defendants.***

**O R D E R**

Before the Court is Plaintiff S.S. and Defendant Camp Stewart for Boys, Inc.'s Joint Motion to Dismiss Claims Against Camp Stewart for Boys, Inc. with Prejudice, (*ECF No. 66*).

The Court finds that the Motion should be **GRANTED**. It is therefore **ORDERED** that all claims asserted by Plaintiff S.S. against Defendant Camp Stewart for Boys, Inc. are **DISMISSED WITH PREJUDICE**, with Plaintiff and Camp Stewart each bearing their own attorneys' fees and costs.

It is further **ORDERED** that this dismissal applies solely to Plaintiff's claims against Defendant Camp Stewart for Boys, Inc. Plaintiff's claims against the remaining Defendants are unaffected by this Order and remain pending before the Court.

It is so ORDERED.
SIGNED this 15th day of November, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE